G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiffs,
JEROME and JODI O'DELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME and JODI O'DELL<br><br>Plaintiffs,<br><br>vs.<br><br>FREDERICK J. HANNA & ASSOCIATES; and DOES 1 to 10, inclusive,<br><br>Defendants | Case No.: 2:12-cv-05405-MMM-E<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, JEROME and JODI O'DELL (hereinafter "Plaintiffs"), by and through their attorneys, PRICE LAW GROUP APC, hereby voluntarily dismiss the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED: July 18, 2012         **PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiffs